

United States District Court
Eastern District of California

| Dartagnon Tabor | Case Number: | ~~2:22-at-00740~~ |
|---|---|---|

Plaintiff(s)

2:22-cv-01249-JDP

V.

| Kilolo Kijakazi, Acting Commissioner of SSA |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jennifer L. Dunn, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Dartagnon Tabor

On 11/28/2006 (date), I was admitted to practice and presently in good standing in the Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Daniel v. Commissioner of SSA; 1:21–cv–01527–SAB; The application was made on 10/16/2021 and approved/granted on 10/18/2021.

Date: 07/15/2022         Signature of Applicant: /s/ Jennnifer L. Dunn

---

**Pro Hac Vice Attorney**

Applicant's Name: Jennifer L. Dunn, Esq.
Law Firm Name: Coveney Law, LLC
Address: 1050 Winter Street
Suite 1700
City: Waltham   State: MA   Zip: 02451
Phone Number w/Area Code: (781) 478-7081
City and State of Residence: North Andover, MA
Primary E-mail Address: jdunn@coveneylaw.com
Secondary E-mail Address: fdcnotices@coveneylaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rachel V. Slocombe, Esq.
Law Firm Name: Southern California Disability Attorneys
Address: 1310 Laveta Terrace
City: Los Angeles   State: CA   Zip: 90026
Phone Number w/Area Code: (310) 751-6161   Bar #: 248880

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 15, 2022

*[signature]*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE